UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 20-09896-RGK (AS) | Date | April 22, 2021 |
|---|---|---|---|
| Title | *Richard C. Everett v. Parole Board, et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**   **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On March 9, 2021, the Court issued an Order dismissing the Complaint in this action <u>with leave to amend</u> and directed Plaintiff to file a First Amended Complaint no later than thirty days from the date of the Court's Order, if he still wished to pursue this action. (Dkt. No. 8). Plaintiff was "explicitly cautioned that failure to timely file a First Amended Complaint *will result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with court orders*. <u>See</u> Fed. R. Civ. P. 41(b)." <u>Id.</u>, at 8.

To date, Plaintiff has failed to file a First Amended Complaint – which was due on April 9, 2021 - or seek additional time to do. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than May 22, 2021**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a First Amended Complaint that complies with the Court's previous orders or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a First Amended Complaint. A copy of the Court's March 9, 2021 Order, (Dkt No. 8), is attached for Plaintiff's convenience.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 20-09896-RGK (AS) | Date | April 22, 2021 |
|---|---|---|---|
| Title | *Richard C. Everett v. Parole Board, et. al.,* | | |

Plaintiff's convenience.  <u>Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders</u>.

    IT IS SO ORDERED.

cc:    R. Gary Klausner, United States District Judge

|  | 0 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | AF |